FILED

2003 OCT 31  A 11: 45

FILED
2003 OCT 22  P 2: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
----------------------------------
ELENA L. GRIGORENKO           )    CIVIL ACTION NO.
                              )    3:02cv2001(RNC)
v.                            )
                              )
DAVID L. PAULS and            )
FRANK B. WOOD                 )    OCTOBER 21, 2003
----------------------------------
```

### MOTION TO ADMIT VISITING COUNSEL *PRO HAC VICE*

Pursuant to Rule 2(d) of the Local Rules of Civil Procedure, the undersigned counsel hereby moves that Attorney Jennifer J. Prince be admitted to this Court, *pro hac vice*, for the purpose of representing the Defendant David L. Pauls in the above-captioned matter.  In support of this motion, the undersigned submits the attached Affidavit of Jennifer J. Prince and represents as follows:

   1.   Ms. Prince is an attorney with Hassan & Reardon, P.C., having an office address at The Prudential Center, 800 Boylston Street, 13th Floor, Boston, Massachusetts 02199.

2. Ms. Prince is a member in good standing of the bars of the Commonwealth of Massachusetts and the State of Pennsylvania, and she is admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

3. Ms. Prince has not been disciplined by this Court or any other court.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

THE DEFENDANT, DAVID L. PAULS

By: _____
Christopher W. Huck
Fed Bar No. CT15219
Michelson, Kane, Royster &
    Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
E-mail: cwhuck@snet.net

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 21st day of October, 2003 to all counsel and pro se parties of record as follows:

Robert R. Hamel, Jr., Esq.
Hassan & Reardon
Prudential Center
800 Boylston Street
13th Floor
Boston, MA 02199

Richard A. Cerrato, Esq.
3180 Main Street, Suite 2A
Bridgeport, CT 06606

Jeffrey M. Duban, Esq.
545 Madison Avenue
New York, NY 10022

Daniel Green, Esq.
Jackson Lewis LLP
177 Broad Street, Suite 801
Stamford, CT 06904-0251

_____
Christopher W. Huck

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELENA L. GRIGORENKO, Ph.D.   )<br>                                                      )<br>       Plaintiff,                             )<br>                                                      )<br>v.                                                 )<br>                                                      )<br>DAVID L. PAULS PH.D AND      )<br>FRANK B. WOOD, PH.D,            )<br>JOINTLY AND SEVERALLY     )<br>                                                      )<br>       Defendants.                        )<br>                                                      ) | CIVIL ACTION NO.<br><br>302 CV 2001 (RNC) |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Jennifer J. Prince, Esq., having been duly sworn, do depose and state upon my personal knowledge as follows:

1. I am an attorney with a principal office located at The Prudential Center, 800 Boylston Street, 13th Floor, Boston, MA 02199.

2. I am a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and the Commonwealth of Massachusetts and a member of the Federal Bar for the Eastern District of Pennsylvania.

3. I am a member in good standing in each of the above Bars.

4. I have not been denied admission or disciplined by this Court or by any other Court.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 13th DAY OF OCTOBER 2003.

_____
Jennifer J. Prince, Esq.