**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ELENA GRIGORENKO, | : | |
| | : | |
| Plaintiff, | : | CV NO: 302CV2001 RNC |
| | : | |
| v. | : | |
| | : | |
| DAVID L. PAULS | : | |
| FRANK B. WOOD, | : | DECEMBER 9, 2003 |
| | : | |
| Defendants. | : | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

All parties to this action respectfully represent that:

1.     By order dated March 17, 2003, Magistrate Judge Donna F. Martinez set the following scheduling deadlines in this case:  all discovery to be completed by February 13, 2004; Plaintiff to disclose expert reports by July 14, 2003; Plaintiff's experts to be deposed by February 13, 2004; Defendants to disclose expert reports by September 22, 2003; Defendants' experts to be deposed by February 13, 2004; settlement conference to be scheduled in March, 2004; joint trial memorandum to be filed on or before May 13, 2004; case to be placed on trial ready list in June, 2004; requests for prefiling conference on motions for summary judgment to be submitted on or before December 29, 2003.

2.     The action was commenced by the filing of a summons and complaint on November 12, 2002.  Both Defendants filed motions to dismiss all or parts of the complaint, which motions were fully briefed as of July 3, 2003  As part of her opposition to the motions, Plaintiff filed a second amended complaint containing a claim for prima facie tort not included in

the original complaint. Defendant Pauls moved to strike the amended complaint, which motion was opposed, and Defendant Wood argued upon the reply to his motion that the prima facie tort claim should be dismissed, in addition to the invasion of privacy, false light, fraud, and intentional infliction of emotional distress claims. Defendant Wood did not move against plaintiff's fraudulent misrepresentation claim.

3. Discovery in this action has not yet commenced. During a pre-motion teleconference with the Court on March 13, 2003, Defendants sought a stay of discovery pending the outcomes of their motions. Plaintiff agreed to stay of depositions only, urging the Court to allow interrogatories and document requests in the interim. The Court deferred to Defendants' request, and all discovery has since been stayed. The Court's rulings on the motions to dismiss and the motion to strike will determine what discovery is necessary, whether experts are required, and how quickly this case can be prepared for trial.

4. The undersigned has discussed this motion with Attorney Jennifer Prince of Hassan and Reardon, representing Dr. Pauls, and with Attorney Jeffrey Duban, representing the Plaintiff. Attorneys for all parties have been copied on this motion, prior to it being filed. All attorneys join in this motion and respectfully request that it be granted.

5. This is the first request to extend the deadlines set by Magistrate Judge Martinez.

6. The parties request that the scheduling deadlines listed in Paragraph 1 be stayed, pending the Court's rulings on the as yet undecided motions, and that a telephonic scheduling conference be arranged following the Court's rulings, for the purpose of discussing and entering a revised scheduling order.

Respectfully submitted.

**THE DEFENDANT,**
Frank B. Wood

By _____
Daniel Green
Attorney (CT 08746)
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: greend@jacksonlewis.com

His Attorney

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been delivered via first-class mail, postage-prepaid, this day, to counsel of record listed below

Jeffrey M. Duban, Esq.
The Law Offices of
545 Madison Avenue
New York, New York 10022

Richard A. Cerrato, Esq.
3180 Main Street, Suite 2A
Bridgeport, CT 06606

Christopher Huck, Esq.
Michelson Kane Royster & Barger P.C.
93 Oak Street
Hartford, CT 06106-1552

Robert J. Hamel, Jr., Esq.
Hassan & Reardon, P.C.
Prudential Tower
800 Boylston Street
Boston, MA 02199

_____
Daniel Green