

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELENA GRIGORENKO, | : |
| Plaintiff, | : CV NO: 302CV2001 RNC |
| v. | : |
| DAVID L. PAULS<br>FRANK B. WOOD, | : DECEMBER 9, 2003 |
| Defendants. | : |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

All parties to this action respectfully represent that:

1.   By order dated March 17, 2003, Magistrate Judge Donna F. Martinez set the following scheduling deadlines in this case: all discovery to be completed by February 13, 2004; Plaintiff to disclose expert reports by July 14, 2003; Plaintiff's experts to be deposed by February 13, 2004; Defendants to disclose expert reports by September 22, 2003; Defendants' experts to be deposed by February 13, 2004; settlement conference to be scheduled in March, 2004; joint trial memorandum to be filed on or before May 13, 2004; case to be placed on trial ready list in June, 2004; requests for prefiling conference on motions for summary judgment to

---

December 22, 2003.   Elena Grigorenko v. David L. Pauls, et al.
                     3:02CV2001 (RNC)

Re:   Joint Motion to Extend Scheduling Order Deadlines [doc. 53]

Denied as moot.  Discovery has been stayed since April.  If the case survives the pending motions to dismiss, the stay will be lifted and new deadlines for completing discovery will be established.  So ordered.

                                    Robert N. Chatigny, U.S.D.J.