UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

46

)
ELENA L. GRIGORENKO, Ph.D. )
                         )
   Plaintiff,             )
                         )   CIVIL ACTION NO.
v.                     )
                         )   302 CV 2001 (RNC)
DAVID L. PAULS PH.D AND )
FRANK B. WOOD, PH.D, )
JOINTLY AND SEVERALLY )
                         )
   Defendants.        )   JUNE 23, 2003

### DEFENDANT, DAVID L. PAULS, Ph.D.'S MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT

      The Defendant David L. Pauls, Ph.D. ("Pauls") hereby respectfully requests that this Court strike the Plaintiff's Second Amended Complaint. In this third Complaint, Plaintiff now seeks to add new and additional claims based upon the same facts as originally alleged including a claim styled as a "Prima Facie Tort".

      The Plaintiff has already amended her Complaint after Defendants had served a Motion to Strike parts of her initial Complaint. Defendants then filed motions to Dismiss this Amended Complaint both for her failure to state actionable claims against the Defendants and on jurisdictional grounds. The Plaintiff has now filed her Second Amended Complaint in concert

---

December 24, 2003.  Grigorenko v. Pauls  3:02CV2001 (RNC)

Re: Motion to Strike Second Amended Complaint [Doc. # 46]
Denied for substantially the reasons stated by plaintiff in her opposition.
So Ordered.

                               Robert N. Chatigny, U.S.D.J.