UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
————————————————X
ELENA L. GRIGORENKO, Ph.D,

       Plaintiff,

v.

DAVID L. PAULS, Ph.D and
FRANK B. WOOD, Ph.D, Jointly
and Severally,

       Defendants.
————————————————X

FILED

2004 JAN 14  P 2: 07



U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 302 CV 2001 (RNC)

NOTICE OF VOLUNTARY DISMISSAL

       PLEASE TAKE NOTICE, that plaintiff, pursuant to Fed.R.Civ.P 41(a)(1)(i), hereby voluntarily dismisses the above-captioned action.

DATED: New York, New York
       January 12, 2004

                              LAW OFFICES OF JEFFREY M. DUBAN

                              By_____/s/ Jeffrey M. Duban_____
                              Jeffrey M. Duban, pro hac vice
                              545 Madison Avenue
                              New York, New York 10022
                              212-829-0044
                              212-829-0055 (fax)

                              Richard A. Cerrato (ct# 05956)
                              3180 Main Street, Suite 2A
                              Bridgeport, CT 06606
                              203-374-4600
                              203-372-0824 (fax)

TO:

JACKSON LEWIS SCHNITZLER & KRUPMAN
Attorneys for defendant David L. Pauls
177 Broad Street, 8th Floor
POB 251
Stamford, CT 06904-0251
203-961-0404
203-324-4704 (fax)

HASSAN & REARDON, P.C.
Attorneys for defendant Frank B. Wood
800 Boylston Street
Boston, MA 02119
617-859-3600
617-859-3601 (fax)

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on January 12, 2004, to:

Daniel Green, Esq.
Jackson Lewis Schnitzler & Krupman
177 Broad Street, 8th Floor
POB 251
Stamford, CT 06904-0251
Attorneys for Defendant Frank B. Wood

Robert R. Hamel, Jr., Esq.
Hassan & Reardon, P.C.
800 Boylston Street
Boston, MA 02119
Attorneys for David L. Pauls

Richard A. Cerrato, Esq.
3180 Main Street, Suite 2A
Bridgeport, CT 06606
co-counsel for plaintiff

_____
Jeffrey M. Duban