UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| ELENA L. GRIGORENKO | ) | CIVIL ACTION NO. |
| | ) | 3:02cv2001(RNC) |
| v. | ) | |
| | ) | |
| DAVID L. PAULS and | ) | |
| FRANK B. WOOD | ) | JANUARY 16, 2004 |

---

### MOTION FOR ENTRY OF FINAL JUDGMENT
### AS TO THE DEFENDANT DAVID L. PAULS

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Defendant David L. Pauls hereby moves for an entry of final judgment of dismissal as to the claims asserted by the Plaintiff against the Defendant David L. Pauls. In support of this motion, the Defendant represents as follows:

1. By Ruling and Order dated December 31, 2003 and filed January 5, 2004, the Court (Chatigny, J.) granted the Defendants' motions to dismiss, resulting in a dismissal of all claims asserted by the Plaintiff against the Defendant David L. Pauls.

2.  Following the Court's Ruling and Order, one claim remained in the case as to the Defendant Frank B. Wood.

3.  There is not just reason for a delay in entering a final judgment as to the Defendant David L. Pauls.

WHEREFORE, the Defendant David L. Pauls respectfully requests that this motion be granted.

THE DEFENDANT, DAVID L. PAULS

By: _____
Christopher W. Huck
Fed Bar No. CT15219
Michelson, Kane, Royster &
  Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
E-mail: cwhuck@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 16th day of January, 2004 to all counsel and pro se parties of record as follows:

Robert R. Hamel, Jr., Esq.
Hassan & Reardon
Prudential Center
800 Boylston Street
13th Floor
Boston, MA 02199

Richard A. Cerrato, Esq.
3180 Main Street, Suite 2A
Bridgeport, CT 06606

Jeffrey M. Duban, Esq.
545 Madison Avenue
New York, NY 10022

Daniel Green, Esq.
Jackson Lewis LLP
177 Broad Street, Suite 801
Stamford, CT 06904-0251

Christopher W. Huck