57

02CV200/Ntcdism

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
────────────────────────────X
ELENA L. GRIGORENKO, Ph.D,

        Plaintiff,

v.

DAVID L. PAULS, Ph.D and
FRANK B. WOOD, Ph.D, Jointly
and Severally,

        Defendants.
────────────────────────────X

FILED
2004 JAN 14 P 2: 07
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 302 CV 2001 (RNC)

NOTICE OF VOLUNTARY DISMISSAL

        PLEASE TAKE NOTICE, that plaintiff, pursuant to Fed.R.Civ.P 41(a)(1)(i),

hereby voluntarily dismisses the above-captioned action.

DATED: New York, New York
        January 12, 2004

LAW OFFICES OF JEFFREY M. DUBAN

By_____
Jeffrey M. Duban, *pro hac vice*
545 Madison Avenue
New York, New York 10022
212-829-0044
212-829-0055 (fax)

Richard A. Cerrato (ct# 05956)
3180 Main Street, Suite 2A
Bridgeport, CT 06606
203-374-4600
203-372-0824 (fax)

Approved. So ordered.
Robert N. Chatigny / U.S.D.J.
2004 JAN 16 A 9:07
U.S. DISTRICT COURT
HARTFORD, CT.

January 16, 2004.