UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELENA L. GRIGORENKO, Ph.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 302 CV 2001 (RNC) |
| DAVID L. PAULS PH.D AND ) | |
| FRANK B. WOOD, PH.D, ) | |
| JOINTLY AND SEVERALLY ) | |
| ) | |
| Defendants. ) | |
| ) | |

*FILED*

2004 MAY 26  A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE OF WITHDRAWAL OF APPEARANCE OF
DOUGLAS M. KALATA, ESQ.

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that Douglas M. Kalata, Esq. hereby withdraws his appearance on behalf of the defendant, David L. Pauls, Ph.D.

Frank E. Reardon, Esq. and Robert R. Hamel, Jr., Esq. of Hassan & Reardon, P.C. will continue to represent the defendant in this matter.

Respectfully submitted,
David L. Pauls, Ph.D.,
Defendant,
By his Attorneys,

Frank E. Reardon, BBO#413700
Robert R. Hamel, Jr. BBO#567194
Douglas M. Kalata, BBO#635309
HASSAN & REARDON, P.C.
800 Boylston Street, 13th Floor
Boston, MA  02199
(617) 859-3600

## CERTIFICATE OF SERVICE

I, Douglas M. Kalata, Esquire, hereby certify that on May 24, 2004, I served a true copy of the foregoing document, upon the following attorneys of record, by first class mail, postage prepaid, to:

Jeffrey M. Duban, Esq.
Law Offices of Jeffrey M. Duban
545 Madison Avenue
New York, NY 10022

Darrel Green, Esq.
Jackson Lewis LLP
177 Broad Street
P. O. Box 251
Stamford, CT 06904-0251

Douglas M. Kalata